IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CODY WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.  2:15-CV-273-WKW |
| STATE OF ALABAMA | ) | [WO] |
| MILITARY DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Cody Wood brought this lawsuit against his employer, alleging race discrimination in violation of Title VII.  On March 29, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 40) is ADOPTED and that Defendant's motion for summary judgment (Doc. # 34) is GRANTED.

A separate final judgment will be entered.

DONE this 24th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE